# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | | |
|---|---|---|
| TEAL HEREK, *individually and on behalf of all others similarly situated*, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 3:20cv119–HEH |
| OLD DOMINION CLUB OF RICHMOND, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## FINAL ORDER

THIS MATTER is before the Court regarding the dismissal of this case. In the settlement agreement in the matter of *Teal Herek v. Circle 2, et al.*, No. 3:20-cv-58, the parties agreed to dismiss this case with prejudice. This Court found that agreement to be reasonable at the hearing held on May 5, 2021. Therefore, pursuant to the parties' settlement agreement and the Court's findings on the record at the hearing, it is HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

This case is CLOSED.

It is so ORDERED.

_____/s/_____
Henry E. Hudson
Senior United States District Judge

Date: May 5, 2021
Richmond, Virginia